No. 419. LAPENSOHN v. PENNSYLVANIA; and No. 420. COHEN ET AL. v. PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied. *Morton Witkin* and *Stanford Shmukler* for petitioner in No. 419. *Edward Davis, John Patrick Walsh* and *John Rogers Carroll* for petitioners in No. 420. *Arlen Specter* and *James C. Crumlish, Jr.,* for respondent.

No. 429. MOUTON, COLLECTOR OF REVENUE OF LOUISIANA v. INTERNATIONAL SHOE Co. Supreme Court of Louisiana. Certiorari denied. *Chapman L. Sanford* and *Emmett E. Batson* for petitioner. Brief of *amici curiae,* in support of the petition, was filed by *Warren C. Colver,* Attorney General of Alaska; *Robert W. Pickrell,* Attorney General of Arizona; *Bruce Bennett,* Attorney General of Arkansas; *Duke W. Dunbar,* Attorney General of Colorado, and *John H. Heckers,* Special Assistant Attorney General; *Eugene Cook,* Attorney General of Georgia; *Bert T. Kobayashi,* Attorney General of Hawaii, and *Allen I. Marutani,* Deputy Attorney General; *William Ferguson,* Attorney General of Kansas; *John B. Breckinridge,* Attorney General of Kentucky, and *William S. Riley,* Assistant Attorney General; *Edward W. Brooke,* Attorney General of Massachusetts, and *Herbert E. Tucker, Jr.,* Assistant Attorney General; *Walter F. Mondale,* Attorney General of Minnesota, and *Jerome J. Sicora,* Assistant Attorney General; *Joe T. Patterson,* Attorney General of Mississippi, and *Martin R. McLendon,* Assistant Attorney General; *Thomas F. Eagleton,* Attorney General of Missouri, and *Eugene G. Bushman,* Assistant Attorney General; *William Maynard,* Attorney General of New Hampshire, and *Alexander J. Kalinski,* Assistant Attorney General; *Helgi Johanneson,* Attorney General of North Dakota, and *Paul M. Sand,* First Assistant Attorney General; *Robert Y. Thornton,* Attorney General of Oregon, and *Carlisle B. Roberts* and